UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE:<br>HADDADIN, ISAM ANDRAWES<br>HADDADIN, NADIA NASR<br>AKA ISAM HADDADIN MD | CHAPTER 7 -- Liquidation<br><br>CASE NO. 04-60146 JPK |

Debtor(s)

## REQUEST TO ALLOW UNSECURED DEBT AND
## RESPONSE TO GORDON E GOUVEIA, TRUSTEE, OBJECTION TO CLAIM

TO: The Honorable J. Philip Klingeberger, Bankruptcy Judge:

Comes now creditor No. 19 HAIDER HADDADIN and would respectfully state:

1. That I am one of the creditors in the above bankruptcy case.

2. That I would request allowing my adjusted claim of:

   Creditor No. 19    HAIDER HADDADIN    $208,781.00    unsecured.

3. That I have forwarded all necessary information and documents to verify my adjusted claim amount, including Bank Transfer Forms and Remittance applications, and a Signed Loan documents.

WHEREFORE, I pray that the Court allows my claim as indicated above.

Haider Haddadin
P O Box 594
Madaba, JORDAN

### CERTIFICATE OF SERVICE

I certify that on this date service of a true and complete copy of the foregoing instrument was maid on the following persons by hand delivery or United States mail in a properly addressed and stamped envelop.

United States Trustee, 100 E. Wayne St., Ste. 555, South Bend, IN 46601
GORDON E. GOUVEIA, TRUSTEE, 433 WEST 84RTH DR. MERRILLVILLE, IN 46410
SAMUEL T. MILLER, 9337 CALUMET AVE., STE. D, MUNSTER, IN 46321
Isam & Nadia Haddadin, 901 Royal Dublin Ln., Dyer, IN 46311

Dated on July 18, 2006                                                Haider Haddadin